**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Israel ARREOLA–CONTRERAS,**
**Defendant—Appellant.**

No. 05–30330.

D.C. No. CR–03–60082–HO.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.[*]

Decided March 15, 2006.

Stephen Gunnels, Eugene, OR, for Plaintiff-Appellee.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Bryan E. Lessley, Esq., Office of the Federal Public Defender, Eugene, OR, for Defendant–Appellant.

Before CANBY, BEEZER, and KOZINSKI, Circuit Judges.

## MEMORANDUM **

Israel Arreola–Contreras appeals from the sentence imposed following his guilty plea conviction for illegal re-entry of a deported alien, possession with intent to distribute methamphetamine, and felon in possession of a firearm, in violation of 8 U.S.C. § 1326(a), 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 922(g); respectively.

We conclude that the appeal waiver is valid and we dismiss. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

DISMISSED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).